UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SIDNEY A. BERRY, II, | ) |
|         Plaintiff, | ) ) ) |
|     v. | )    No. 2:22-cv-00342-MPB-MKK ) |
| ROBERT E. CARTER, JR. Commissioner of IDOC, et al., | ) ) ) ) |
|         Defendants. | ) |

**REPORT AND RECOMMENDATION TO
DISMISS COMPLAINT WITHOUT PREJUDICE**

The Court scheduled a Telephonic Status Conference for September 5, 2024. (Dkt. 63). The Pro Se Plaintiff, Sidney A. Berry, II, failed to appear, and Counsel for Defendants appeared telephonically. (Dkt. 73). Plaintiff also failed to appear for a scheduled deposition on August 19, 2024. (Dkt. 71). On September 6, 2024, the Court issued an Order to Show Cause by filing within ten (10) days as to why he failed to appear for the deposition. (Dkt. 74). The Minute Entry for September 5, 2024 Telephonic Status Conference, (Dkt. 73), and the Order, (Dkt. 74), reminded Plaintiff yet again of the importance of complying with court orders and warned that his claim may be dismissed if he failed to prosecute or comply with a court order. (*See also* Dkts. 62, 63).

The Plaintiff failed to file any response to the Order to Show Cause. And Plaintiff failed to appear for the telephonic show cause hearing on October 3, 2024.

Due to the Plaintiff's repeated failure to comply with the Court's orders, the Magistrate Judge recommends to the District Judge that this complaint be **DISMISSED WITHOUT PREJUDICE**.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

So RECOMMENDED.

Date: 10/4/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

SIDNEY A. BERRY, II
3874 Peach Street
Saginaw, MI 48601

Jordan Douglas Hall
Lewis and Wilkins LLP
hall@lewisandwilkins.com

Eric Ryan Shouse
Lewis And Wilkins LLP
shouse@lewisandwilkins.com

William Dean Young
Lewis And Wilkins LLP
young@lewisandwilkins.com