UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SIDNEY A. BERRY, II, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cv-00342-MPB-MKK |
| TALBOT, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DIRECTING ENTRY OF FINAL JUDGMENT**

The Magistrate Judge has submitted her Report and Recommendation, dkt. [76], recommending that the complaint be DISMISSED WITHOUT PREJUDICE. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, but none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation in its entirety.

Judgment consistent with this Order shall now issue.

**IT IS SO ORDERED.**

Dated: November 5, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

SIDNEY A. BERRY, II
3874 Peach Street
Saginaw, MI 48601

All Electronically Registered Counsel